IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joseph A. Kosisky, | ) | No. CV 05-3567-PHX-NVW (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion for Court Assistance (Doc. #14) in which he seeks help from the court in completing service of process on the defendants. However, waivers of service (Doc. #15, #16) have been filed for the only two defendants on whom service was ordered by the District Court in the screening order (Doc. #13). Answers are due from those defendants by July 31, 2006. Accordingly, no further assistance with service is necessary and Plaintiff's motion will be denied as moot.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Court Assistance (Doc. #14) is **denied as moot**.

DATED this 20th day of June, 2006.

Edward C. Voss
United States Magistrate Judge