IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph A. Kosisky, | ) No. CV 05-3567-PHX-NVW (ECV) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph M. Arpaio, et al., | ) |
| Defendants. | ) |

Plaintiff has filed a Request for Case Law (Doc. #4) in which he asks the court to provide him with copies of documents from the case of Hart v. Hill, CV 77-477-PHX-EHC. Plaintiff is not entitled to copies of old case files at no cost. Such items may be requested directly from the Clerk of Court for a fee. Plaintiff also seeks legal supplies such as pencils, paper and other items. It is not the court's obligation to provide such supplies. Plaintiff must request those items from the jail in which he is housed. For these reasons, Plaintiff's motion will be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Request for Case Law (Doc. #4) is **denied as moot**.

DATED this 29th day of June, 2006.

Edward C. Voss
United States Magistrate Judge