IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph A. Kosisky, ) | No. CV 05-3567-PHX-NVW (ECV) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, et al., ) | |
| Defendants. ) | |

Pending before the court are Plaintiff's Motion to Call Witnesses in Depositions (Doc. #26) and Motion to Amend (Doc. #28).[1]  In the first motion, Plaintiff asks the court to schedule time for him to depose witnesses from the Maricopa County Sheriffs Office. He lists 18 witnesses that he would like to depose. Plaintiff's motion is premature. Defendants have filed a motion to dismiss in lieu of an answer and therefore no scheduling order regarding discovery has been issued. Because the motion to dismiss may affect some or all of Plaintiff's claims in this action, the court will not consider discovery matters at this stage. Accordingly, the motion will be denied without prejudice.

Regarding the motion to amend, Plaintiff has failed to comply with the Local Rules of Civil Procedure governing the amendment of pleadings. Plaintiff has failed to attach to his motion a copy of the proposed amended complaint that indicates how it differs from the original. See LRCiv. 15.1(a)(1). Plaintiff has also failed to lodge an original of the proposed

---

[1] Plaintiff's other pending motions relate to the exhaustion of administrative remedies and will be decided when the Court rules on Defendants' motion to dismiss for failure to exhaust administrative remedies.

1  amended complaint with the Clerk of Court.  See LRCiv. 15.1(a)(2).  Having failed to
2  comply with the requirements for seeking to amend a complaint, Plaintiff's motion will be
3  denied without prejudice.

4  **IT IS THEREFORE ORDERED:**

5  That Plaintiff's Motion to Call Witnesses in Depositions (Doc. #26) and Motion to
6  Amend (Doc. #28) are **denied without prejudice**.

7  DATED this 20th day of September, 2006.

Edward C. Voss
United States Magistrate Judge